# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAN BOAR,<br><br>　　　　Defendant. | Case No. 18-cr-0443 CRB (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: 7/24/2025 |

　　　In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on July 24, 2025, held an in-person hearing to determine detention or release on supervisory conditions for defendant Boar. Boar is charged in this case with violating the terms of his supervised release. *See* Dkt. No. 64 (Second Amended Petition). The defendant appeared at the hearing with his appointed counsel AFPD Samantha Jaffe.

　　　Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Boar did not establish evidence to overcome this burden and the Court, on the present record, finds that the defendant presents an unmitigated risk of flight and danger to the community if released. Consequently, the Court orders the defendant to be

detained.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Court set the next appearance for July 29, 2025, 10:30 a.m. before Magistrate Judge Kang, the duty judge in San Francisco.

IT IS SO ORDERED.

Date: July 25, 2025

Nathanael M. Cousins
United States Magistrate Judge